684

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD MURRAY, a/k/a RONALD ESQUER, Defendant-Appellant.

(No. 60014;

First District (2nd Division)—September 10, 1974.

James J. Doherty, Public Defender, of Chicago (Thomas Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.